IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CYNTHIA DENISE JONES,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　4:16cv35–WS/GRJ

FLORIDA STATE HOSPITAL, et al.,

    Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 4) docketed January 25, 2016. The magistrate judge recommends that the plaintiff's case be dismissed pursuant to the *Younger* abstention doctrine and for failure to state a claim upon which relief may be granted. The plaintiff has filed no objections to the report and recommendation.

Having reviewed the record, the court finds that for the reasons set forth in the report and recommendation the plaintiff's complaint must be dismissed. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 4) is hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's complaint and this action are DISMISSED pursuant to the *Younger* abstention doctrine and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2).

3. The clerk shall enter judgment stating: "All claims are dismissed."

4. The clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this   2nd   day of   March  , 2016.

                    s/ William Stafford
                    WILLIAM STAFFORD
                    SENIOR UNITED STATES DISTRICT JUDGE